*Ramos, E.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

NORVAX, LLC d/b/a GOHEALTH,

               Plaintiff,

     -against-

ACCESS CLINICAL PARTNERS, LLC d/b/a
GOHEALTH URGENT CARE,

               Defendant.

----------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  __8/29/2017__
```

**[PROPOSED] ORDER OF DISMISSAL**
**WITH PREJUDICE**


Case No. 1:16-cv-00550-ER


     On this day, Plaintiff Norvax, LLC and Defendant Access Clinical Partners, LLC, announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

     IT IS THEREFORE ORDERED that the above-entitled cause and all claims herein are dismissed with prejudice.

     IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

     This is a final judgment.


Dated:__ August 29, 2017 _____

                        _____
                        Honorable Edgardo Ramos
                        U.S. District Judge